IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action Numbers:
12-cv-02514-RBJ-MEH; 12-cv-02517-RBJ-MEH; 12-cv-02687-RBJ-MEH;
12-cv-02704-RBJ-MEH; 12-cv-02705-RBJ-MEH; 12-cv-02706-RBJ-MEH;
12-cv-02900-RBJ-MEH; 13-cv-00045-RBJ-MEH; 13-cv-00046-RBJ-MEH; and
13-cv-00114-RBJ-MEH

BRANDON AXELROD AND DENISE TRAYNOM (12-cv-02514-RBJ-MEH)

JOSHUA R. NOWLAN (12-cv-02517-RBJ-MEH)

DION ROSBOROUGH, RYAN LUMBA, TONY BRISCO, JON BOIK, AND LOUIS DURAN
(12-cv-02687-RBJ-MEH)

JERRI JACKSON (12-cv-02704-RBJ-MEH)

GREGORY AND RENA MEDEK (12-cv-02705-RBJ-MEH)

THERESA HOOVER (12-cv-02706-RBJ-MEH)

IAN SULLIVAN (12-cv-02900-RBJ-MEH)

CHICHI SPRUEL AND DERICK SPRUEL (13-cv-00045-RBJ-MEH)

MUNIRIH F. GRAVELLY (13-cv-00046-RBJ-MEH)

LYNN JOHNSON, MACHAEL SWEENEY, MALIK SWEENEY, MALACHI SWEENEY,
AND MACHI SWEENEY (13-cv-00114)

        Plaintiffs,

v.

CINEMARK, USA, INC., d/b/a CENTURY AURORA 16

        Defendant.

_____

MINUTE ORDER

_____

Entered by Judge R. Brooke Jackson

This matter is before the court on Plaintiffs' Unopposed Motion to Continue Status Conference at Docket #45 in 12-cv-02514-RBJ-MEH and Docket #50 in 12-cv-02517-RBJ-MEH. The Court had previously scheduled a status conference to occur March 21, 2013 at 9:00 a.m. in cases numbers: 12-cv-02514-RBJ-MEH; 12-cv-02517-RBJ-MEH; 12-cv-02687-RBJ-MEH; 12-cv-02704-RBJ-MEH; 12-cv-02705-RBJ-MEH; 12-cv-02706-RBJ-MEH; 12-cv-02900-RBJ-MEH.  Since the setting of that status conference, three additional related cases have been filed (13-cv-00045-RBJ-MEH; 13-cv-00046-RBJ-MEH; and 13-cv-00114-RBJ-MEH).  Ideally, I would like to have this status conference set to include all the Cinemark cases captioned above.

Therefore, the Status Conference scheduled March 21, 2013 for case numbers: 12-cv-02514-RBJ-MEH; 12-cv-02517-RBJ-MEH; 12-cv-02687-RBJ-MEH; 12-cv-02704-RBJ-MEH; 12-cv-02705-RBJ-MEH; 12-cv-02706-RBJ-MEH; 12-cv-02900-RBJ-MEH is VACATED. The Court is available to set another one-hour status conference in all ten cases on: 5/13/13 at 8:00 a.m.; 5/14/13 at 1:00 p.m.; 5/15/13 at 8:00 a.m. or 1:30 p.m.; or 5/28/2013 at 8:00 a.m. The Court requests that counsel confer regarding the proposed dates and then notify the Court, by calling Chambers at (303) 844-4694, to confirm a new status conference.

As for the Plaintiffs' request that the scheduling conference in Case no. 13-cv-00114-RBJ-MEH be continued to April 3, 2013 at 9:30 a.m., I refer that request to Magistrate Judge Hegarty.

DATED this 18th day of March, 2013.